CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Raymond G. Ballister, Jr., SBN 111282
Dennis Price, Esq., SBN 279082
Naomi Butler, Esq., SBN 332664
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
naomib@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No. **3:21-cv-03131-JD** |
| Plaintiff, | **Plaintiff's Notice of Voluntary Dismissal Pursuant to FRCP 41(a)** |
| v. | |
| **Krupa Hospitality Inc**; and Does 1-10 | |
| Defendants. | |

PLEASE TAKE NOTICE:

Pursuant to FRCP 41(a)(1)(A)(i) Plaintiff voluntarily dismisses his claims pending in this action without prejudice.

Date: July 6, 2022          CENTER FOR DISABILITY ACCESS

                            By: /s/ Naomi Butler
                                Naomi Butler, Esq.
                                Attorneys for Plaintiff`

1